1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSEPH R. CELLURA, individually and derivatively on behalf of ADMI, INC., a Nevada corporation,

Plaintiff,

v.

DOUGLAS R. DOLLINGER, individually, THE LAW OFFICES OF DOUGLAS R. DOLLINGER, P.C. & ASSOCIATES, New York law firm, MICHAEL F. GHISELLI, an individual; and DOES 1-10, inclusive,

Defendants.

And

ADMI, INC., a Nevada corporation,

Nominal Defendant.

CASE NO.: **3:24-cv-00172-ART-CSD**

**ORDER GRANTING**

**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO MOTION TO REMAND AND FOR CHANGE OF VENUE, DISMISSAL OR STAY**

Plaintiff JOSEPH R. CELLURA, individually, and derivatively on behalf of ADMI, INC., a Nevada corporation, by and through his attorneys The Gilmore Law Group PLLC, and Defendants DOUGLAS R. DOLLINGER, individually, THE LAW OFFICES OF DOUGLAS R. DOLLINGER, P.C. & ASSOCIATES, New York law firm, MICHAEL F. GHISELLI, agree and stipulate that the date for Plaintiff to respond to the Motion to Dismiss, Transfer, or Stay the Action (ECF 4) and for Defendants to respond to the Motion to Remand (ECF 8),currently due May 21, 2024 and May 20, 2024, respectively be continued by twenty-one (21) days.

1

1        The parties are in settlement discussions, and are hopeful the case might be

2  settled as a result thereby eliminating the necessity for any responses.

3        The parties respectfully request that Defendants' responses to the Motions to be due no

4  later than June 10, 2024.

5        DATED this _21st_ day of May, 2024.

6                                The Gilmore Law Group PLLC
3715 Lakeside Drive

7                                Reno, Nevada 89509

8                                */s/ Frank C. Gilmore*

9                                FRANK C. GILMORE
*Attorneys for Plaintiff*

10        DATED this 20th day of May, 2024.

11                                DOUGLAS R. DOLLINGER, PRO SE
LAW OFFICES O DOUGLAS R. DOLLINS, P.C.

12                                570 County Rt 49

13                                Middletown, New York 10940

14

15                                *Douglas R. Dollinger, Esq.*
                                  DOUGLAS R. DOLLINGER

16

17        DATED this 20th day of May, 2024.

18                                MICHAEL GHISELLI, PRO SE
386 Donald Drive

19                                Moraga, California 64556

20

21                                MICHAEL GHISELLI

22                              **ORDER**

23        It is ordered that the Plaintiff shall respond to the Motion to Dismiss,

Transfer, or Stay the Action (ECF No. 4), and the Defendant shall respond to the

24  Motion to Remand by **Tuesday, June 11, 2024**.

25                                **IT IS SO ORDERED.**
      DATED: May 22, 2024

26

27

28                                Anne R. Traum
United States District Judge